United States District Court
Southern District of Texas
**ENTERED**
January 27, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **LATOYA MONROE,** | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | **CIVIL ACTION NO. 4:24-CV-00139** |
| | § | |
| **ALDINE INDEPENDENT SCHOOL DISTRICT,** | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Plaintiff LaToya Monroe brought this suit against Defendant Aldine Independent School District in state court in December 2023. Defendant removed the action to this Court in January 2024. Defendant subsequently filed a Motion to Dismiss. ECF No. 27. In a hearing on January 24, 2025, the Court granted Defendant's Motion and dismissed Plaintiff's claims with prejudice.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Court's hearing, final judgment is hereby ENTERED for Defendant Aldine Independent School District.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 24th day of January, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE